**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2094**

JOSEPH P. FEAGAN; LILLIE B. WHITE; NELLIE M.
RICHARDS,

                                    Plaintiffs - Appellants,

        versus

JAUNT, INCORPORATED,

                                    Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville. Norman K. Moon, District
Judge. (3:05-cv-00066)

Submitted: August 31, 2007        Decided: September 13, 2007

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert P. Dwoskin, Charlottesville, Virginia, for Appellants.
Rosalie P. Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, P.C.,
Staunton, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph P. Feagan, Lillie B. White, and Nellie M. Richards appeal the district court's order dismissing their action under the Americans with Disabilities Act, 42 U.S.C. §§ 12101-12213 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Feagan v. Jaunt, Inc., No. 3:05-cv-00066 (W.D. Va. Sept. 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED